UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 15-30944 |
|---|---|---|
|  | § |  |
| DIGITAL LEGAL SERVICES - TX, LLC | § § § | |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Allison D. Byman, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the Trustee's control in this case have been properly accounted for as provided by law. The Trustee hereby requests to be discharged from further duties as a Trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $50,485.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $190,162.74 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $78,492.30 | | |

3) Total gross receipts of $268,655.04 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $268,655.04 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $326,772.03 | $5,072.49 | $5,072.49 | $166,839.09 |
| Priority Claims: | | | | |

UST Form 101-7-TDR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $78,492.30 | $78,492.30 | $78,492.30 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $138,209.25 | $116,574.71 | $22,509.93 | $22,509.93 |
| General Unsecured Claims (from **Exhibit 7**) | $323,212.72 | $442,474.57 | $260,332.45 | $942.23 |
| **Total Disbursements** | $788,194.00 | $642,614.07 | $366,407.17 | $268,783.55 |

4). This case was originally filed under Chapter 7 on 02/18/2015. The case was pending for 39 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>05/09/2018</u>　　　　　　　　　By:　/s/ *Allison D. Byman*
　　　　　　　　　　　　　　　　　　　　　Allison D. Byman, Trustee
　　　　　　　　　　　　　　　　　　　　　SBN 24040773
　　　　　　　　　　　　　　　　　　　　　Total Plaza
　　　　　　　　　　　　　　　　　　　　　1201 Louisiana, 28th Floor
　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　　(713) 759-0818 Telephone
　　　　　　　　　　　　　　　　　　　　　(713) 759-6834 Facsimile
　　　　　　　　　　　　　　　　　　　　　adb@hwa.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Account Receivables - $531,174.56 per Ledger ($272,833.61 deemed uncollectible) | 1121-000 | $162,153.50 |
| Checking Account (Amegy Bank ending in 5268) | 1129-000 | $30,169.40 |
| Machinery, fixtures, equipment | 1129-000 | $17,775.00 |
| Compromise; Digital Legal Medical Records, LLC | 1149-000 | $30,000.00 |
| Refund for 2014 Personal Property Taxes | 1229-000 | $1,406.59 |
| Refund; Aflac | 1229-000 | $176.04 |
| Refund; Overpayment in Texas unemployment dated 5/20/15 | 1229-000 | $2,312.19 |
| Refund; United States Treasury (941 Taxes) | 1229-000 | $3,898.86 |
| Repayment; Destruction of client records (see Judgment at 05/11/15; #25) | 1229-000 | $2,527.50 |
| Repayment; Texas Unemployment tax dated 2/2/16 | 1229-000 | $35.96 |
| Compromise; American Express, Chase Bank and kCura, LLC | 1241-000 | $5,000.00 |
| Compromise; American Express, Chase Bank and kCura, LLC | 1241-000 | $5,700.00 |
| Compromise; American Express; Chase Bank and kCura, LLC | 1241-000 | $5,000.00 |
| Compromise; Mercury Information Systems, LLC | 1241-000 | $2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$268,655.04** |

The Uniform Transaction Code is an accounting code assigned by the Trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Harris County et al | 4210-000 | $1,772.03 | $5,072.49 | $5,072.49 | $5,482.36 |
| 2 | Manufacturers & Traders Trust Company dba M&T Bank | 4110-000 | $0.00 | $0.00 | $0.00 | $161,356.73 |
|  | M&T Bank | 4110-000 | $325,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$326,772.03** | **$5,072.49** | **$5,072.49** | **$166,839.09** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allison D. Byman, | 2100-000 | NA | $16,682.75 | $16,682.75 | $16,682.75 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Trustee | | | | | |
| Allison D. Byman, Trustee | 2200-000 | NA | $862.88 | $862.88 | $862.88 |
| International Sureties, Ltd. | 2300-000 | NA | $69.52 | $69.52 | $69.52 |
| Green Bank | 2600-000 | NA | $3,482.94 | $3,482.94 | $3,482.94 |
| Iron Mountain | 2990-000 | NA | $1,027.50 | $1,027.50 | $1,027.50 |
| Attorney for Trustee Fees, Attorney for Trustee | 3210-000 | NA | $34,530.00 | $34,530.00 | $34,530.00 |
| Attorney for Trustee Expenses, Attorney for Trustee | 3220-000 | NA | $2,141.83 | $2,141.83 | $2,141.83 |
| Accountant for Trustee Fees, Accountant for Trustee | 3410-000 | NA | $15,430.50 | $15,430.50 | $15,430.50 |
| Accountant for Trustee Expenses, Accountant for Trustee | 3420-000 | NA | $198.13 | $198.13 | $198.13 |
| Auctioneer for Trustee Expenses, Auctioneer for Trustee | 3610-000 | NA | $1,400.00 | $1,400.00 | $1,400.00 |
| Auctioneer for Trustee Fees, Auctioneer for Trustee | 3610-000 | NA | $2,666.25 | $2,666.25 | $2,666.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $78,492.30 | $78,492.30 | $78,492.30 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3a | Internal Revenue Service | 5800-000 | $5,720.18 | $5,720.18 | $5,720.18 | $5,720.18 |
| 5 | Keedra Oscar | 5300-000 | $2,596.16 | $2,596.16 | $2,596.16 | $1,670.64 |
| 6 | Earl Lair III | 5300-000 | $2,163.47 | $2,163.47 | $2,163.47 | $1,392.19 |
| 22 | Samuel Sierra | 5300-000 | $94,064.78 | $94,064.78 | $0.00 | $0.00 |
| 23 | Comptroller of Public Accounts | 5800-000 | $4,806.95 | $4,806.95 | $4,806.95 | $4,806.95 |
| 24 | Comptroller of Public Accounts | 5800-000 | $6,573.48 | $6,573.48 | $6,573.48 | $6,573.48 |
| | Texas Workforce Commission | 5800-000 | $0.00 | $128.51 | $128.51 | $128.51 |
| | INTERNAL | 5300-000 | $0.00 | $0.00 | $0.00 | $1,332.69 |

| | | | | | |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE Federal Withholding (Employee) | | | | | |
| INTERNAL REVENUE SERVICE Medicare (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $69.01 |
| INTERNAL REVENUE SERVICE Social Security (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $295.10 |
| Abdollah Shabankareh | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Allen Davis | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Becky McKnight | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Debbie Rutledge | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE Federal Unemployment (Employer) | 5800-000 | $0.00 | $28.56 | $28.56 | $28.56 |
| INTERNAL REVENUE SERVICE Medicare (Employer) | 5800-000 | $0.00 | $69.01 | $69.01 | $69.01 |
| INTERNAL REVENUE SERVICE Social Security (Employer) | 5800-000 | $0.00 | $295.10 | $295.10 | $295.10 |
| TEXAS EMPLOYMENT COMMISSION State Unemployment (Employer) | 5800-000 | $0.00 | $128.51 | $128.51 | $128.51 |
| Texas State Comptroller | 5800-000 | $19,875.41 | $0.00 | $0.00 | $0.00 |
| Texas Workforce Commission | 5800-000 | $190.84 | $0.00 | $0.00 | $0.00 |
| William Kunetka | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | **$135,991.27** | **$116,574.71** | **$22,509.93** | **$22,509.93** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3b | Internal Revenue Service | 7100-000 | $2,245.11 | $2,245.11 | $2,245.11 | $8.14 |
| 4 | Pitney Bowes Inc | 7100-000 | $2,099.47 | $2,712.05 | $2,712.05 | $9.82 |
| 7 | Integrity Legal Corp of LB | 7100-000 | $14,901.58 | $14,901.58 | $14,901.58 | $53.93 |
| 8 | DS Services/Sparketts Div | 7100-000 | $713.65 | $713.65 | $713.65 | $2.58 |
| 9 | Integrity Legal Corp. OC | 7100-000 | $2,959.17 | $2,959.17 | $2,959.17 | $10.71 |
| 10 | A&A Graphics Inc. | 7100-000 | $609.89 | $554.73 | $554.73 | $2.01 |
| 11 | A+A Graphics Supply Corporation | 7100-000 | $332.22 | $332.22 | $332.22 | $1.20 |
| 12 | Integrity Legal Corp. of San Fernando Valley | 7100-000 | $2,694.12 | $2,694.12 | $2,694.12 | $9.75 |
| 13 | Canon Financial Services Inc | 7100-000 | $5,808.67 | $35,590.26 | $35,590.26 | $128.81 |
| 14 | Advanced Discovery Inc | 7100-000 | $56,763.92 | $66,948.76 | $66,948.76 | $242.31 |
| 15 | Michael A. Bonventure | 7100-000 | $5,230.00 | $5,230.00 | $5,230.00 | $18.93 |
| 16 | GreatAmerica Financial Services Corporation | 7100-000 | $8,876.58 | $11,135.66 | $11,135.66 | $40.30 |
| 17 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | $5,000.00 | $5,000.00 | $5,000.00 | $18.10 |
| 18 | Kensium LLC | 7100-000 | $83,789.13 | $89,103.37 | $89,103.37 | $322.49 |
| 19 | Southwestern Bell Telephone Company | 7100-000 | $655.30 | $655.30 | $655.30 | $2.37 |
| 20 | DLS Discovery, LLC | 7100-000 | $2,639.57 | $182,142.12 | $0.00 | $0.00 |
| 21 | DTI | 7100-000 | $18,776.47 | $19,556.47 | $19,556.47 | $70.78 |
|  | American Business Machine | 7100-000 | $2,475.15 | $0.00 | $0.00 | $0.00 |
|  | AT&T | 7100-000 | $507.07 | $0.00 | $0.00 | $0.00 |
|  | Clean-All Jan. SVC | 7100-000 | $940.00 | $0.00 | $0.00 | $0.00 |
|  | Dell Financial Services - 461-001 | 7100-000 | $7,241.47 | $0.00 | $0.00 | $0.00 |
|  | Dell Financial Services - 461- | 7100-000 | $7,970.99 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| | 003 | | | | | |
| | Dell Financial Services - 932-000 | 7100-000 | $18,334.86 | $0.00 | $0.00 | $0.00 |
| | Dell Financial Services - 975 | 7100-000 | $3,889.86 | $0.00 | $0.00 | $0.00 |
| | Digital Legal Services-New Orleans | 7100-000 | $1,124.00 | $0.00 | $0.00 | $0.00 |
| | DLS-Orlando | 7100-000 | $53.69 | $0.00 | $0.00 | $0.00 |
| | Hudson Energy Services | 7100-000 | $2,763.19 | $0.00 | $0.00 | $0.00 |
| | kCura | 7100-000 | $26,000.00 | $0.00 | $0.00 | $0.00 |
| | Morris J. Cohen & Co., P.C. | 7100-000 | $5,230.00 | $0.00 | $0.00 | $0.00 |
| | ShredTex | 7100-000 | $1,493.00 | $0.00 | $0.00 | $0.00 |
| | Sierra Springs | 7100-000 | $108.26 | $0.00 | $0.00 | $0.00 |
| | Sprint 958856718 | 7100-000 | $897.31 | $0.00 | $0.00 | $0.00 |
| | Sprint 965462234 | 7100-000 | $1,066.91 | $0.00 | $0.00 | $0.00 |
| | The Compliance Office | 7100-000 | $51.00 | $0.00 | $0.00 | $0.00 |
| | The Noble Group | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
| | TowerStream Corporation | 7100-000 | $757.75 | $0.00 | $0.00 | $0.00 |
| | Verity Group | 7100-000 | $3,664.50 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Financial | 7100-000 | $5,857.70 | $0.00 | $0.00 | $0.00 |
| | WGH Post Oak LLC | 7100-000 | $14,936.36 | $0.00 | $0.00 | $0.00 |
| | Wilmington Trust Company | 7100-000 | $1,254.80 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $323,212.72 | $442,474.57 | $260,332.45 | $942.23 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1  Exhibit 8

| Case No.: | 15-30944-H4-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | DIGITAL LEGAL SERVICES - TX, LLC | Date Filed (f) or Converted (c): | 02/18/2015 (f) |
| For the Period Ending: | 5/9/2018 | §341(a) Meeting Date: | 03/23/2015 |
| | | Claims Bar Date: | 06/26/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Checking Account (Amegy Bank ending in 5268) | $3,500.00 | $3,500.00 | | $30,169.40 | FA |
| 2 | Security Deposit held by landlord (WGH Post Oak, LLC) | $10,885.00 | $10,885.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant 554(c) as burdensome to the Estate | | | | | |
| 3 | Account Receivables - $531,174.56 per Ledger ($272,833.61 deemed uncollectible) | $258,340.95 | $258,340.95 | | $162,153.50 | FA |
| Asset Notes: | Pursuant to agreement with secured creditor, M & T Bank, Trustee collected receivables and was allowed to retain 16% of collections (see 05/11/15; #25; page 4) | | | | | |
| 4 | Proprietary client data developed through Preferred Services Agreement | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 05/11/15; #25 (page 3) see abandonment language | | | | | |
| 5 | Machinery, fixtures, equipment | $35,805.00 | $35,805.00 | | $17,775.00 | FA |
| Asset Notes: | 05/11/15; #25; Judgment (Allowing for the Sale of Assets) 06/17/15; #31; Trustee's Report of Sale | | | | | |
| 6 | Digital Legal Medical Services Contract (subject to potential offsets for payment of post-sale operating costs) | $39,600.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate as upon further investigation by the Trustee, it was determined that this asset has no value. | | | | | |
| 7 | Refund; United States Treasury (941 Taxes) (u) | Unknown | $0.00 | | $3,898.86 | FA |
| 8 | Refund; Aflac (u) | Unknown | $0.00 | | $176.04 | FA |
| 9 | Software License Agreement (kCura Relativity) (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate; upon further investigation by the Trustee, it has been determined that this asset has no value. | | | | | |
| 10 | Compromise; American Express; Chase Bank and kCura, LLC (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |
| Asset Notes: | 06/11/15; #29; Order Granting Motion to Compromise with American Express, Chase Bank and kCura, LLC | | | | | |
| 10 | VOID | | $0.00 | $0.00 | $0.00 | FA |
| 10 | VOID | | $0.00 | $0.00 | $0.00 | FA |
| 10 | VOID | | $0.00 | $0.00 | $0.00 | FA |
| 11 | Refund; Overpayment in Texas unemployment dated 5/20/15 (u) | $0.00 | $331.30 | | $2,312.19 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2  Exhibit 8

| Case No.: | 15-30944-H4-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | DIGITAL LEGAL SERVICES - TX, LLC | Date Filed (f) or Converted (c): | 02/18/2015 (f) |
| For the Period Ending: | 5/9/2018 | §341(a) Meeting Date: | 03/23/2015 |
| | | Claims Bar Date: | 06/26/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12 | Compromise; American Express, Chase Bank and kCura, LLC (u) | $0.00 | $0.00 | | $5,000.00 | FA |
| Asset Notes: | 06/11/15; #29; Order Granting Trustee's Motion to Compromise with American Express, Chase Bank and kCura, LLC | | | | | |
| 13 | Compromise; American Express, Chase Bank and kCura, LLC (u) | $0.00 | $0.00 | | $5,700.00 | FA |
| Asset Notes: | 06/11/15; #29; Order Granting Trustee's Motion to Compromise with American Express, Chase Bank and kCura, LLC | | | | | |
| 14 | Compromise; Digital Legal Medical Records, LLC (u) | $0.00 | $39,600.00 | | $30,000.00 | FA |
| Asset Notes: | 08/11/15; #33; Order Granting Trustee's Motion to Approve Compromise with Digital Legal Medical Records, LLC | | | | | |
| 15 | Repayment; Destruction of client records (see Judgment at 05/11/15; #25) (u) | Unknown | $0.00 | | $2,527.50 | FA |
| Asset Notes: | 05/11/15; #25; Judgment | | | | | |
| 16 | Repayment; Texas Unemployment tax dated 2/2/16 (u) | $0.00 | $35.96 | | $35.96 | FA |
| 17 | Compromise; Mercury Information Systems, LLC (u) | Unknown | $23,139.87 | | $2,500.00 | FA |
| Asset Notes: | 09/25/15; #37; Order Granting Trustee's Motion to Approve Compromise With Mercury Information Systems, LLC; will abandon the remaining balance of the compromise as "uncollectible". | | | | | |
| 18 | Refund for 2014 Personal Property Taxes (u) | $0.00 | $1,406.59 | | $1,406.59 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | $348,130.95 | $378,044.67 | | $268,655.04 | $0.00 |

**Major Activities affecting case closing:**

09/30/2016 Claim objection process ongoing; Accountant for Trustee to file first/final fee application; case not closeable.
09/30/2015 Receivable collection and Chapter 5 causes of action pursuit ongoing by Attorney for Trustee; carve out with M&T Bank in effect; payments due to M&T periodically.

| Initial Projected Date Of Final Report (TFR): | 12/31/2016 | Current Projected Date Of Final Report (TFR): | 03/31/2017 | /s/ ALLISON D. BYMAN |
|---|---|---|---|---|
| | | | | ALLISON D. BYMAN |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-30944-H4-7 | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|
| Case Name: | DIGITAL LEGAL SERVICES - TX, LLC | | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***9922 | | Checking Acct #: | ******4401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/18/2015 | | Blanket bond (per case limit): | $62,600,000.00 |
| For Period Ending: | 5/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/13/2015 | (3) | Kasowitz Benson Torres & Friedman, LLP | Proceeds; A/R | 1121-000 | $42,540.41 | | $42,540.41 |
| 03/13/2015 | (3) | Kasowitz Benson Torres & Friedman, LLP | Proceeds; A/R | 1121-000 | $13,502.52 | | $56,042.93 |
| 03/13/2015 | (3) | Anadarko Petroleum Corporation | Proceeds; A/R | 1121-000 | $1,724.10 | | $57,767.03 |
| 03/13/2015 | (3) | Greer Herz & Adams, LLP | Proceeds; A/R | 1121-000 | $333.95 | | $58,100.98 |
| 03/13/2015 | (3) | Katten Muchin Rosenman, LLP | Proceeds; A/R | 1121-000 | $18,228.03 | | $76,329.01 |
| 03/13/2015 | (3) | Katten Muchin Rosenman, LLP | Proceeds; A/R | 1121-000 | $5,891.50 | | $82,220.51 |
| 03/13/2015 | (3) | McKenzie Rhody & Hearn, LLC | Proceeds; A/R | 1121-000 | $119.29 | | $82,339.80 |
| 03/13/2015 | (3) | Digital Legal Services | Proceeds; A/R | 1121-000 | $91.98 | | $82,431.78 |
| 03/13/2015 | (3) | Digital Legal Services | Proceeds; A/R | 1121-000 | $1,723.29 | | $84,155.07 |
| 03/13/2015 | (3) | Anadarko Petroleum Corporation | Proceeds; A/R | 1121-000 | $6,752.96 | | $90,908.03 |
| 03/13/2015 | (3) | BP West Coast Products, LLC | Proceeds; A/R | 1121-000 | $36,460.92 | | $127,368.95 |
| 03/13/2015 | (7) | United States Treasury | Proceeds; Refund (941 Taxes) | 1229-000 | $3,898.86 | | $131,267.81 |
| 03/13/2015 | (8) | Aflac | Proceeds; Refund (Insurance) | 1229-000 | $176.04 | | $131,443.85 |
| 03/27/2015 | (3) | Anadarko Petroleum Corp. | Proceeds; A/R | 1121-000 | $78.74 | | $131,522.59 |
| 03/27/2015 | (3) | Anadarko Petroleum Corp. | Proceeds; A/R | 1121-000 | $1,651.52 | | $133,174.11 |
| 03/27/2015 | (3) | Anadarko Petroleum Corp | Proceeds; A/R | 1121-000 | $1,891.54 | | $135,065.65 |
| 03/27/2015 | (3) | Kasowitz, Benson, Torres, and Friedman LLP | Proceeds; A/R | 1121-000 | $12,151.02 | | $147,216.67 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $111.11 | $147,105.56 |
| 04/22/2015 | (3) | Katten Michin Rosenman LLP | Proceeds; A/R | 1121-000 | $1,125.80 | | $148,231.36 |
| 04/22/2015 | (3) | Kasowitz, Benson, Torres & Friedman LLP | Proceeds; A/R | 1121-000 | $1,285.47 | | $149,516.83 |
| 04/22/2015 | (3) | Baxter International Inc. | Proceeds; A/R | 1121-000 | $983.50 | | $150,500.33 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $231.14 | $150,269.19 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $242.48 | $150,026.71 |
| 06/01/2015 | (1) | Amegy Bank | Proceeds; Close out account | 1129-000 | $30,169.40 | | $180,196.11 |
| 06/02/2015 | (3) | Creely Law Firm | Proceeds; A/R | 1121-000 | $8,248.48 | | $188,444.59 |
| 06/02/2015 | (3) | Creely Law Firm | Proceeds; A/R | 1121-000 | $583.85 | | $189,028.44 |
| 06/02/2015 | (3) | Katten Muchin Rosenman LLP | Proceeds; A/R | 1121-000 | $1,389.59 | | $190,418.03 |
| | | | | SUBTOTALS | $191,002.76 | $584.73 | |

Page No: 2    Exhibit 9

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-30944-H4-7 | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|
| Case Name: | DIGITAL LEGAL SERVICES - TX, LLC | | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***9922 | | Checking Acct #: | ******4401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/18/2015 | | Blanket bond (per case limit): | $62,600,000.00 |
| For Period Ending: | 5/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/02/2015 | (3) | Baxter International | Proceeds; A/R; Payee to issue STOP PAYMENT on this check and reissue a new check | 1121-000 | $983.50 | | $191,401.53 |
| 06/02/2015 | (3) | DEP REVERSE: Baxter International | Proceeds; A/R; Payee to issue STOP PAYMENT on this check and reissue a new check | 1121-000 | ($983.50) | | $190,418.03 |
| 06/02/2015 | 3001 | M & T Bank | 05/11/15; #25 | 4110-000 | | $149,617.98 | $40,800.05 |
| 06/03/2015 | (3) | BP | Proceeds; A/R | 1121-000 | $256.13 | | $41,056.18 |
| 06/10/2015 | (3) | Beers Law Firm | Proceeds; A/R | 1121-000 | $211.09 | | $41,267.27 |
| 06/10/2015 | (5) | Webster's Auction Palace, Inc. | 05/11/15; #25 | 1129-000 | $17,775.00 | | $59,042.27 |
| 06/10/2015 | (10) | American Express | 06/11/15; Order Granting Trustee's Motion to Compromise | 1241-000 | $5,000.00 | | $64,042.27 |
| 06/10/2015 | (11) | Texas Comptroller of Public Accounts | Proceeds; Refund | 1229-000 | $331.30 | | $64,373.57 |
| 06/17/2015 | 3002 | Webster's Auction Palace | 05/11/15; #25 | * | | $4,066.25 | $60,307.32 |
| | | | Auctioneer for Trustee Fees        $(2,666.25) | 3610-000 | | | $60,307.32 |
| | | | Auctioneer for Trustee Expenses   $(1,400.00) | 3610-000 | | | $60,307.32 |
| 06/26/2015 | (3) | Ellison & Keller, P.C. | Proceeds; A/R | 1121-000 | $1,217.81 | | $61,525.13 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $154.45 | $61,370.68 |
| 06/30/2015 | 3003 | Harris County et al | 05/11/15; #25; Final Distribution; Claim No. 1 | 4210-000 | | $2,704.24 | $58,666.44 |
| 07/06/2015 | (12) | kCura LLC | 06/11/15; #29; Order Granting Motion to Compromise | 1241-000 | $5,000.00 | | $63,666.44 |
| 07/06/2015 | (13) | JP Morgan Chase Bank | 06/11/15; #29; Order Granting Motion to Compromise | 1241-000 | $5,700.00 | | $69,366.44 |
| 07/30/2015 | 3004 | Iron Mountain | 05/11/15; #25 | 2990-000 | | $1,027.50 | $68,338.94 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $116.80 | $68,222.14 |
| 08/11/2015 | (3) | Creely Law Firm | Proceeds; A/R | 1121-000 | $1,743.01 | | $69,965.15 |
| 08/20/2015 | (14) | Digital Legal Medical Records, LLC | 08/11/15; #33; Order Granting Trustee's Motion to Approve Compromise with Digital Legal Medical Records, LLC | 1149-000 | $30,000.00 | | $99,965.15 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $113.99 | $99,851.16 |
| 09/01/2015 | (3) | Baxalta Inc. | Proceeds; A/R | 1121-000 | $1,967.00 | | $101,818.16 |
| 09/09/2015 | (15) | Conoco Phillips | 05/11/15; #25 | 1229-000 | $2,527.50 | | $104,345.66 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $161.66 | $104,184.00 |
| | | | SUBTOTALS | | $71,728.84 | $157,962.87 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-30944-H4-7 | | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|---|
| Case Name: | DIGITAL LEGAL SERVICES - TX, LLC | | | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***9922 | | | Checking Acct #: | ******4401 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 2/18/2015 | | | Blanket bond (per case limit): | $62,600,000.00 |
| For Period Ending: | 5/9/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/26/2015 | 3005 | International Sureties, Ltd. | Blanket Bond Premium | 2300-000 | | $42.32 | $104,141.68 |
| 10/28/2015 | 3006 | M & T Bank | 05/11/25; #25 | 4110-000 | | $9,638.75 | $94,502.93 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $173.53 | $94,329.40 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $144.40 | $94,185.00 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $151.98 | $94,033.02 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $151.74 | $93,881.28 |
| 02/23/2016 | (17) | Mercury Information Systems | 09/25/15; #37 | 1241-000 | $2,500.00 | | $96,381.28 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $142.50 | $96,238.78 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $155.30 | $96,083.48 |
| 04/27/2016 | (16) | Texas Comptroller of Public Accounts | Refund; repayment of unemployment tax | 1229-000 | $35.96 | | $96,119.44 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $155.05 | $95,964.39 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $149.86 | $95,814.53 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $149.62 | $95,664.91 |
| 07/20/2016 | 3007 | M & T Bank | 05/11/15; #25 | 4110-000 | | $2,100.00 | $93,564.91 |
| 07/26/2016 | 3008 | Harris County et al | 07/25/16; #41 | 4210-000 | | $2,778.12 | $90,786.79 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $154.37 | $90,632.42 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $147.41 | $90,485.01 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $150.72 | $90,334.29 |
| 10/06/2016 | 3009 | International Sureties, Ltd. | Bond #016071777 | 2300-000 | | $27.20 | $90,307.09 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $136.35 | $90,170.74 |
| 11/29/2016 | 3010 | Ross Banks May Cron & Cavin, PC | 11/18/16; #53 | * | | $36,671.83 | $53,498.91 |
| | | | Attorney for Trustee Fees     $(34,530.00) | 3210-000 | | | $53,498.91 |
| | | | Attorney for Trustee Expenses $(2,141.83) | 3220-000 | | | $53,498.91 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $138.90 | $53,360.01 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $86.10 | $53,273.91 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $85.96 | $53,187.95 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $77.52 | $53,110.43 |

SUBTOTALS  $2,535.96  $53,609.53

Page No: 4     Exhibit 9

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-30944-H4-7 | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|
| Case Name: | DIGITAL LEGAL SERVICES - TX, LLC | | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***9922 | | Checking Acct #: | ******4401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/18/2015 | | Blanket bond (per case limit): | $62,600,000.00 |
| For Period Ending: | 5/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/08/2017 | 3011 | KenWood & Associates, PC | 05/05/17; #62 | * | | $15,628.63 | $37,481.80 |
| | | | Accountant for Trustee Fees $(15,430.50) | 3410-000 | | | $37,481.80 |
| | | | Accountant for Trustee Expenses $(198.13) | 3420-000 | | | $37,481.80 |
| 06/20/2017 | (18) | Ann Bennett, Tax Assessor Collector | Year 2014 Refund for personal property taxes | 1229-000 | $1,406.59 | | $38,888.39 |
| 08/24/2017 | (11) | Texas Comptroller of Public Accounts | Refund for overpayment of UP | 1229-000 | $1,980.89 | | $40,869.28 |
| 10/19/2017 | | Internal Revenue Service | Interim Distribution on Claim #: ; | 5300-000 | | $1,696.80 | $39,172.48 |
| 10/19/2017 | | Internal Revenue Service | Interim Distribution on Claim #: ; | 5800-000 | | $392.67 | $38,779.81 |
| 10/19/2017 | 3012 | Allison D. Byman | Trustee Compensation | 2100-000 | | $16,682.75 | $22,097.06 |
| 10/19/2017 | 3013 | Allison D. Byman | Trustee Expenses | 2200-000 | | $862.88 | $21,234.18 |
| 10/19/2017 | 3014 | Internal Revenue Service | Final Distribution; Claim No. 3A | 5800-000 | | $5,720.18 | $15,514.00 |
| 10/19/2017 | 3015 | Keedra Oscar | Final Distribution; Claim No. 5 | 5300-000 | | $1,670.64 | $13,843.36 |
| 10/19/2017 | 3015 | VOID: Keedra Oscar | | 5300-003 | | ($1,670.64) | $15,514.00 |
| 10/19/2017 | 3016 | Oscar Keedra | Final Distribution; Claim No. 6 | 5300-000 | | $1,392.19 | $14,121.81 |
| 10/19/2017 | 3016 | VOID: Oscar Keedra | | 5300-003 | | ($1,392.19) | $15,514.00 |
| 10/19/2017 | 3017 | Comptroller of Public Accounts | Final Distribution; Claim No. 23 | 5800-000 | | $4,806.95 | $10,707.05 |
| 10/19/2017 | 3018 | Comptroller of Public Accounts | Final Distribution; Claim No. 24 | 5800-000 | | $6,573.48 | $4,133.57 |
| 10/19/2017 | 3019 | Internal Revenue Service | Prorata Distribution; Claim No. 3A | 7100-000 | | $8.14 | $4,125.43 |
| 10/19/2017 | 3020 | Pitney Bowes Inc | Prorata Distribution; Claim No. 4 | 7100-000 | | $9.82 | $4,115.61 |
| 10/19/2017 | 3021 | Integrity Legal Corp of LB | Prorata Distribution; Claim No. 7 | 7100-000 | | $53.93 | $4,061.68 |
| 10/19/2017 | 3022 | DS Services/Sparketts Div | Prorata Distribution; Claim No. 8 | 7100-000 | | $2.58 | $4,059.10 |
| 10/19/2017 | 3023 | Integrity Legal Corp. OC | Prorata Distribution; Claim No. 9 | 7100-000 | | $10.71 | $4,048.39 |
| 10/19/2017 | 3024 | A&A Graphics Inc. | Prorata Distribution; Claim No. 10 | 7100-000 | | $2.01 | $4,046.38 |
| 10/19/2017 | 3025 | A+A Graphics Supply Corporation | Prorata Distribution; Claim No. 11 | 7100-000 | | $1.20 | $4,045.18 |
| 10/19/2017 | 3026 | Integrity Legal Corp. of San Fernando Valley | Prorata Distribution; Claim No. 12 | 7100-000 | | $9.75 | $4,035.43 |
| 10/19/2017 | 3027 | Canon Financial Services Inc | Prorata Distribution; Claim No. 13 | 7100-000 | | $128.81 | $3,906.62 |
| 10/19/2017 | 3028 | Advanced Discovery Inc | Prorata Distribution; Claim No. 14 | 7100-000 | | $242.31 | $3,664.31 |
| 10/19/2017 | 3029 | Michael A. Bonventure | Prorata Distribution; Claim No. 15 | 7100-000 | | $18.93 | $3,645.38 |
| 10/19/2017 | 3030 | GreatAmerica Financial Services Corporation | Prorata Distribution; Claim No. 16 | 7100-000 | | $40.30 | $3,605.08 |
| | | | SUBTOTALS | | $3,387.48 | $52,892.83 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-30944-H4-7 | | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|---|
| Case Name: | DIGITAL LEGAL SERVICES - TX, LLC | | | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***9922 | | | Checking Acct #: | ******4401 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 2/18/2015 | | | Blanket bond (per case limit): | $62,600,000.00 |
| For Period Ending: | 5/9/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/19/2017 | 3031 | AMERICAN EXPRESS CENTURION BANK | Prorata Distribution; Claim No. 17 | 7100-000 | | $18.10 | $3,586.98 |
| 10/19/2017 | 3032 | Kensium LLC | Prorata Distribution; Claim No. 18 | 7100-000 | | $322.49 | $3,264.49 |
| 10/19/2017 | 3033 | Southwestern Bell Telephone Company | Prorata Distribution; Claim No. 19 | 7100-000 | | $2.37 | $3,262.12 |
| 10/19/2017 | 3034 | DTI | Prorata Distribution; Claim No. 21 | 7100-000 | | $70.78 | $3,191.34 |
| 10/19/2017 | 3035 | Texas Workforce Commission | Check stale dated 10/19/17 | 5800-003 | | $128.51 | $3,062.83 |
| 10/19/2017 | 3036 | Keedra Oscar | Interim Distribution on Claim #: 5; | 5300-000 | | $1,670.64 | $1,392.19 |
| 10/19/2017 | 3037 | Earl Lair III | Interim Distribution on Claim #: 6; | 5300-000 | | $1,392.19 | $0.00 |
| 01/23/2018 | 3035 | STOP PAYMENT: Texas Workforce Commission | Interim Distribution on Claim #: ; | 5800-004 | | ($128.51) | $128.51 |
| 01/23/2018 | 3038 | Texas Workforce Commission | Form C-3 | 5800-000 | | $128.51 | $0.00 |
| 03/19/2018 | 3032 | STOP PAYMENT: Kensium LLC | Prorata Distribution; Claim No. 18 (Stale Dated) | 7100-004 | | ($322.49) | $322.49 |
| 04/11/2018 | 3039 | Clerk, U.S. Bankruptcy Court | 04/18/18; #80 | 7100-000 | | $322.49 | $0.00 |
| | | | TOTALS: | | $268,655.04 | $268,655.04 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $268,655.04 | $268,655.04 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $268,655.04 | $268,655.04 | |

| For the period of 2/18/2015 to 5/9/2018 | | For the entire history of the account between 03/13/2015 to 5/9/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $268,655.04 | Total Compensable Receipts: | $268,655.04 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $268,655.04 | Total Comp/Non Comp Receipts: | $268,655.04 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $268,655.04 | Total Compensable Disbursements: | $268,655.04 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $268,655.04 | Total Comp/Non Comp Disbursements: | $268,655.04 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2                                    Page No: 6        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-30944-H4-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | DIGITAL LEGAL SERVICES - TX, LLC | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***9922 | Checking Acct #: | ******4401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/18/2015 | Blanket bond (per case limit): | $62,600,000.00 |
| For Period Ending: | 5/9/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $268,655.04 | $268,655.04 | $0.00 |

| For the period of 2/18/2015 to 5/9/2018 | | For the entire history of the case between 02/18/2015 to 5/9/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $268,655.04 | Total Compensable Receipts: | $268,655.04 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $268,655.04 | Total Comp/Non Comp Receipts: | $268,655.04 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $268,655.04 | Total Compensable Disbursements: | $268,655.04 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $268,655.04 | Total Comp/Non Comp Disbursements: | $268,655.04 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ ALLISON D. BYMAN

ALLISON D. BYMAN